**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7460**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

    v.

RYAN LAMAR HOLLAND,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:10-cr-00445-TDS-1)

_____

Submitted:  July 20, 2023                                                                         Decided:  July 24, 2023

_____

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ryan Lamar Holland, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Lamar Holland appeals the district court's order denying his motion for reconsideration of the district court's order denying his motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Holland*, No. 1:10-cr-00445-TDS-1 (M.D.N.C. Nov. 23, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*